IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Laird T. Milburn

Criminal Case No.: 09-po-00041-LTM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK L. TAYLOR,

    Defendant.

---

## MINUTE ORDER
---

ORDER ENTERED BY MAGISTRATE JUDGE LAIRD T. MILBURN
DATED: March 10, 2010

    Sentencing Hearing continued to March 17, 2010 at 9:30 a.m. is **VACATED** and rescheduled to April 12, 2010 at 1:00 p.m.